UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                        Criminal No. 11-cr-110-01-JD

<u>Daryl Singleterry</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted, no further continuances. Trial is continued to the two-week period beginning January 18, 2012, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                                           ***/s/ Joseph A. DiClerico, Jr.***
                                                                           Joseph A. DiClerico, Jr.
                                                                           United States District Judge

Date:  September 8, 2011

cc:  Bjorn Lange, Esq.
     Jennifer Davis, Esq.
     U.S. Marshal
     U.S. Probation