UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                        Criminal No. 11-cr-110-01-JD

<u>Daryl Singleterry</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 25) filed by defendant is granted; Trial is continued to the two-week period beginning August 21, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                              <u>/s/ Joseph A. DiClerico, Jr.</u>
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

Date: June 6, 2012

cc: Simon Brown, Esq.
     Jennifer Davis, Esq.
     U.S. Marshal
     U.S. Probation