UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                        Case No. 11-cr-110-01-JD

<u>Daryl Singleterry</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 29) filed by defendant is granted; the continuance is limited to 60 days. Trial is continued to the two-week period beginning October 16, 2012, 9:30 a.m.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                   */s/ Joseph A. DiClerico, Jr.*
                                                   Joseph A. DiClerico, Jr.
                                                   United States District Judge

Date:  August 1, 2012

cc:  Simon Brown, Esq.
    Jennifer Davis, Esq.
    U.S. Marshal
    U.S. Probation