UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                             Criminal No. 11-cr-110-01-JD

<u>Daryl Singleterry</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 33) filed by defendant is granted. Due to the length of time this case has been pending, this will be the last continuance since the case must be resolved one way or another before the end of this year. Therefore, counsel shall move expeditiously in their efforts to do so and the court stands ready to accommodate the scheduling of any hearing that will be required. Trial is continued to the two-week period beginning December 11, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                               <u>/s/ Joseph A. DiClerico, Jr.</u>
                                               Joseph A. DiClerico, Jr.
                                               United States District Judge

Date: October 15, 2012

cc: Simon Brown, Esq.
    Jennifer Davis, Esq.
    U.S. Marshal
    U.S. Probation